# ALABAMA COURT OF CRIMINAL APPEALS



September 20, 2024

**CR-2023-0354**

City of Huntsville v. John Sandifer (Appeal from Madison Circuit Court: CC-22-3285)

## **<u>NOTICE</u>**

You are hereby notified that on September 20, 2024, the following action was taken in the above-referenced cause by the Court of Criminal Appeals:

Application for Rehearing Overruled.

*Scott Mitchell*

D. Scott Mitchell, Clerk